FILED

07/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0250

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0250

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

TANNER DAVID ALFORD,

     Defendant and Appellant.

O R D E R

_____

Counsel for Appellant Tanner David Alford has filed an unopposed motion to supplement the record in this matter. Counsel avers that Exhibit E to Defendant's Sentencing Memorandum filed in the District Court on April 3, 2024, was inadvertently omitted from the document. Counsel also asks that the Ravalli County Jail Diversion Program Order, which is part of the Ravalli County Justice Court record, be filed as part of the record on appeal.

Counsel also requests an extension of time to file the opening brief. However, it appears that the brief was filed on July 29, 2024.

IT IS HEREBY ORDERED that the motion to supplement the record is GRANTED. Counsel for Appellant is directed to file Exhibit E to Defendant's Sentencing Memorandum with the Clerk of this Court.

IT IS FURTHER ORDERED that the Clerk of this Court shall obtain the Ravalli County Justice Court record and add it to the record on appeal.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 30 2024